**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Damon R. Johnson, | Case No.: 2:21-cv-00308-JAD-VCF |
| Plaintiff | **Order Directing Damon R. Johnson to File a Change of Address Notification** |
| v. | |
| Nevada Department of Corrections, et al., | |
| Defendants | |

According to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff Damon R. Johnson is no longer at the address listed with the Court, and the Court's mail to him is being returned undelivered.[1] This District's Local Rule of Practice IA 3-1 requires a pro se party to "immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court."[2]

**IT IS HEREBY ORDERED that Johnson has until January 18, 2022, to file his updated address with this Court**. If Johnson does not update the Court with his current address by January 18, 2022 this action will be subject to dismissal without prejudice.

Dated: December 17, 2021

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

---

[1] See ECF No. 10.

[2] Nev. L. R. IA 3-1.